**JERICHO SYSTEMS CORPORATION,**
Plaintiff–Appellant

v.

**AXIOMATICS INC., Axiomatics AB, Defendants–Appellees.**

No. 2015–1656.

United States Court of Appeals, Federal Circuit.

March 14, 2016.

J. Kevin Fee, Morgan, Lewis & Bockius LLP, Washington, DC, argued for plaintiff-appellant. Also represented by Alex

Hanna; Julie S. Goldemberg, Philadelphia, PA.

Gabriel Bell, Latham & Watkins LLP, Washington, DC, argued for defendants-appellees. Also represented by Lawrence J. Gotts.

LOURIE, BRYSON, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**